UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 25 CR 643 |
| | ) | |
| ERIK MEIER | ) | |
| | ) | Judge Maria Valdez |
| | ) | |

**ORDER DISMISSING INFORMATION**

Upon consideration of the motion of the United States, it is hereby ordered that the information in this case be dismissed without prejudice.

E N T E R:

_____
MARIA VALDEZ
United States Magistrate Judge

DATED: 2/10/2026