**In the United States District Court**
**for the Northern District of Illinois**

**United States of America,**
**Plaintiff,**

**v.**
Erik Meier
**Defendant.**

**Case number** 25 CR 643

**Judge** Maria Valdez

## CJA APPOINTMENT ORDER
## ORDER APPOINTING COUNSEL UNDER CJA

**Person represented** Erik Meier

**Under seal?** ☐ Yes ■ No

**Defendant number** 1

**Representation type** CC

**Type of person represented** Adult

**Court order** Appointing Counsel

**Payment category** Misdemeanor

**Name of Prior Attorney**

**Name of appointed attorney** Holly N. Blaine

**If associate(s) will be used, list names and rate(s) if different from the CJA hourly rate.**

James G. Vanzant
Erin Sostock and Hank Stillwell - $125

Maria Valdez

**Signature of Presiding Judge or by Order of the Court**

2/18/2026
**Date**

**Nunc Pro Tunc Date:** 10/7/25 **or** ☐ **None**

## ORDER APPOINTING INTERPRETER UNDER CJA

***Prior authorization shall be obtained for services in excess of $900.***

**Expected to exceed $900?** ☐ **Yes** ☐ **No**
**Prior authorization approved?** ☐ **Yes** ☐ **No** ☐ **Not applicable**

**Signature of Presiding Judge or by Order of the Court**

**Date**

**Nunc Pro Tunc Date:** **or** ☐ **None**